UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MARC FISHMAN,

                                    Plaintiff,

            - against -

NEW YORK STATE UNIFIED COURT SYSTEM;
FORMER DA ANTHONY SCARPINO, in his
administrative and official capacity; FORMER
ASSISTANT DISTRICT ATTORNEY VICTOR OLDE,
in his administrative and official capacity; DISTRICT
ATTORNEY MIRIAM ROCAH, Westchester County;
JIM MCCALISTER, District Executive 9th District NY
Courts, in his administrative and official capacity; JOHN
SULLIVAN, Professional ADA Executive, in his
administrative and official capacity New York Courts;
and JOHN MECHMAN in his administrative and official
capacity, and RHONDA BROWN, Chief County Court
Clerk and ADA Liaison, Westchester County Court, and
WESTCHESTER COUNTY, a county in New York
State,

                                    Defendants.
-------------------------------------------------------------------x

**ORDER OF
DISMISSAL**

No. 21-CV-3517 (CS)

Seibel, J.

        In my Order of Dismissal dated June 1, 2021, (Doc. 3), I advised Plaintiff that he could

submit an amended complaint to this Court's Pro Se Intake Unit within thirty days, and that if he

neither did so nor showed good cause to excuse such failure, I would enter a civil judgment in

favor of Defendants and direct the Clerk of Court to terminate this matter.   Plaintiff has not

submitted anything, and accordingly the Clerk of Court is respectfully directed to enter judgment

for Defendants and close the case.

        The Clerk of Court is further respectfully directed to mail a copy of this order to Plaintiff

and note service on the docket.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962)

**SO ORDERED.**

Dated:  July 21, 2021
      White Plains, New York

_____
    CATHY SEIBEL, U.S.D.J.