UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARC FISHMAN,

                      Plaintiff,

-against-                                  21 **CIVIL** 3517 (CS)

## JUDGMENT

NEW YORK STATE UNIFIED COURT SYSTEM;
FORMER DA ANTHONY SCARPINO, in his
administrative and official capacity; FORMER
ASSISTANT DISTRICT ATTORNEY VICTOR
OLDE, in his administrative and official capacity;
DISTRICT ATTORNEY MIRIAM ROCAH,
Westchester County; JIM MCCALISTER, District
Executive 9th District NY Courts, in his administrative
and official capacity; JOHN SULLIVAN, Professional
ADA Executive, in his administrative and official
capacity New York Courts; and JOHN MECHMAN in
his administrative and official capacity, and RHONDA
BROWN, Chief County Court Clerk and ADA Liaison,
Westchester County Court, and WESTCHESTER
COUNTY, a county in New York State,

                      Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order of Dismissal dated July 21, 2021, in the Order of Dismissal dated June 1, 2021, Plaintiff was advised that he could submit an amended complaint to this Court's Pro Se Intake Unit within thirty days, and that if he neither did so nor showed good cause to excuse such failure, the Court would enter a civil judgment in favor of Defendants and direct the Clerk of Court to terminate this matter. Plaintiff has not submitted anything, and accordingly judgment is entered for Defendants. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:** New York, New York
July 21, 2021

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** *K. Mango*

**Deputy Clerk**